# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN TEDESCO,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:17-0997** |
| | : | |
| v | : | **(JUDGE MANNION)** |
| **CYNTHIA LINK,** *et al.,* | : | |
| **Defendants** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment, (Doc. 62) is **GRANTED**.

2. Plaintiff's motion for partial summary judgment (Doc. 27) and motion for summary judgment (Doc. 50) are **DENIED**.

3. The Clerk of Court is directed to enter judgment in favor of the Defendant on all claims and against the Plaintiff.

4. Plaintiff's motion for reconsideration of this Court's April 25, 2018 Order deeming Plaintiff's first motion for partial summary judgment withdraw for failure to file a supporting brief (Doc. 25) is **DENIED**

5. Plaintiff's motions to strike Defendants' affirmative defenses (Doc. 26, 32) are **DENIED.**

6. Plaintiff's motion for post deprivation hearing is (Doc. 34) is **DISMISSED**, without prejudice to filing for a post deprivation hearing in accordance with the memorandum of this date.

7. Plaintiff's motion for protective order (Doc. 37), motion for leave of court to send interrogatories (Doc. 55), motions to compel discovery (Doc. 56, 71), motion to strike Defendants' brief in opposition to Plaintiff's motion for summary judgment, (Doc. 60), motion for court to sanction Defendant (Doc. 72), motion to admit requests for admissions (Doc. 77), and motion to strike reply brief (Doc. 84), are **DENIED**.

8. Defendants' motion to strike Plaintiff's motion for partial summary judgment (Doc. 42), is **DISMISSED** as moot.

9. Plaintiffs' motions for injunctive relief (Doc. 74, 87) are **DENIED**.

10. Plaintiff's motions for appointment of counsel (Doc. 86, 89) are **DISMISSED** as moot.

11. The Clerk of Court is directed to **CLOSE** this case.

12. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 28, 2019**

17-0997-01-ORDER.wpd